Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** <br><br> This Document Relates To: <br> *Pearline Crayton, et al. v. Pfizer Inc., et al* <br><br> **CASE NO. C-06-5897** | Case No. C-06-5897 <br><br> MDL NO. 1699 <br><br> District Judge: Charles R. Breyer <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, Larry Crayton, Individually and as Representative of the Estate of Pearline Crayton, Deceased; Thelma N. Pena, Individually and as Representative of the Estate of Francisco H. Garza, Deceased; Katheryn Rutherford, Individually and as Representative of the Estate of William J. Rutherford, Deceased; Josephine Sparks and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

_____
Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: February 4, 2010

                                        /s/ Michelle
                                        _____
                                        Michelle W. Sadowsky
                                        DLA PIPER LLP (US)
                                        1251 Avenue of the Americas
                                        New York, NY 10020-1104
                                        212.335.4500
                                        *Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 1 7 2010

                                        /s/ Breyer
                                        _____
                                        **CHARLES R. BREYER**
                                        **UNITED STATES DISTRICT JUDGE**

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**