Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Pearline Crayton, et al. v. Pfizer Inc., et al*<br><br>**CASE NO. C-06-5897** | Case No. C-06-5897<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, Larry Crayton, Individually and as Representative of the Estate of Pearline Crayton, Deceased; Thelma N. Pena, Individually and as Representative of the Estate of Francisco H. Garza, Deceased; Katheryn Rutherford, Individually and as Representative of the Estate of William J. Rutherford, Deceased; Josephine Sparks and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

*(signature)*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 4, 2010

2  
Michelle W. Sadowsky
3  DLA PIPER LLP (US)
1251 Avenue of the Americas
4  New York, NY 10020-1104
212.335.4500
5  *Attorneys for Defendants*

6  
**APPROVED AND SO ORDERED.**
7  

8  DATED: FEB 1 7 2010

9  
**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**
10  

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**